CO-386
10/2018

# United States District Court
# For the District of Columbia

Nikki S. Carter., et. al., )
)
)
)
        Plaintiff )
vs )   Civil Action No. 1:25-cv-744
)
United States Department of )
Education, et al., )
)
        Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Council of Parent Attorneys and Advocates, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Council of Parent Attorneys and Advocates, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

D.C. Bar No. 1029373
**BAR IDENTIFICATION NO.**

Attorney of Record

/s/ Johnathan Smith
Signature

Johnathan Smith
Print Name

818 Connecticut Ave NW, Suite 425
Address

Washington, DC 20006
City          State          Zip Code

(202) 868-4782
Phone Number