AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nikki S. Carter, et. al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00744-PLF |
| United States Department of Education, et. al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nikki S. Carter, et. al .

Date: 04/18/2025

David Hinojosa/s/
*Attorney's signature*

David Hinojosa, D.C. Bar No. 1722329
*Printed name and bar number*

National Center for Youth Law
818 Connecticut Avenue NW, Suite 425
Washington, D.C. 20006
*Address*

dhinojosa@youthlaw.org
*E-mail address*

(202) 223-0724
*Telephone number*

(510) 835-8099
*FAX number*