AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00744

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **US Attorney's Office for DC**
was received by me on *(date)* **March 14th, 2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: A copy of the complaint, summons, and accompanying documents was sent via email on April 4th, 2025 to the US Attorney's Office for DC, USADC.ServiceCivil@usdoj.gov. I received confirmation of service on April 5th, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **04/22/2025**

*Server's signature*

Avneet Chhabra, Paralegal/DC Office Manager
*Printed name and title*

National Center for Youth Law
818 Connecticut Avenue, NW, Suite 425
Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:



Avneet Chhabra <achhabra@youthlaw.org>

## Carter et al v. United States Department of Education et al, 1:25-cv-00744-PLF

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>  Sat, Apr 5, 2025 at 5:43 PM
To: Avneet Chhabra <achhabra@youthlaw.org>

Your service package has been received and accepted with a service date of April 4, 2025.  Thank you.

**From:** Avneet Chhabra <achhabra@youthlaw.org>
**Sent:** Friday, April 4, 2025 4:45 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Carter et al v. United States Department of Education et al, 1:25-cv-00744-PLF

Please find attached the summons, complaint, and related documents filed in Carter et al v. United States Department of Education et al, 1:25-cv-00744-PLF, (D.D.C.).

--

[Quoted text hidden]