UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF EDUCATION et al.<br><br>Defendants. | Case No. 1:25-cv-744-PLF |

## MOTION FOR LEAVE TO SUBMIT PSEUDONYMOUS DECLARATIONS

Plaintiffs Nikki S. Carter; A.W.; K.D., on behalf of herself and her minor child, M.W.; Melissa Combs, on behalf of herself and her minor child, D.P.; A.M.; Elizabeth Stewart-Williams; A.S.; Amy Cupp, on behalf of herself and her minor child, G.C.; and the Council of Parent Attorneys and Advocates, Inc. (together, "Plaintiffs"), hereby respectfully move for entry of an order allowing certain nonparty declarants (the "Doe Declarants") to file declarations in support of the Plaintiffs' anticipated preliminary injunction motion through the use of pseudonyms. As grounds for such motion, Plaintiffs respectfully refer the Court to their memorandum of points and authorities filed alongside this motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter their requested order, in the form attached hereto as **Exhibit A** to this motion.

## STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(M)

Defendants have not entered an appearance in this case. Nevertheless, consistent with Local Rule 7(m), Plaintiffs contacted by email the Chief of the Civil Division of the U.S. Department of Justice, Brian Hudak, who oversees the division that commonly represents such Defendants in cases of this type on May 1, 2025 to confer with Defendants. Mr. Hudak has not

1

responded on Defendants' position prior to filing this motion.

Dated: May 1, 2025                               Respectfully submitted,

/s/ David G. Hinojosa
David G. Hinojosa (D.C. Bar No. 1722329)
Johnathan Smith (D.C. Bar No. 1029373)
National Center for Youth Law
818 Connecticut Ave NW, Suite 425
Washington, D.C. 20006
(202) 868-4784
dhinojosa@youthlaw.org
jsmith@youthlaw.org

Freya Pitts (admitted *pro hac vice*)
Hong Le (admitted *pro hac vice*)
Pallavi Bugga (admitted *pro hac vice*)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94610
(510) 835-8098

Selene Almazan-Altobelli (admitted *pro hac vice*)
Council of Parent Attorneys and Advocates, Inc.
PO Box 6767
Towson, MD 21285
844-426-7224, ext. 702
Selene@copaa.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of May 2025, this document was filed through the CM/ECF system. A true and accurate copy of this document and notice of electronic filing was served on Defendants via certified mail pursuant to Federal Rule of Civil Procedure 5.

Dated: May 1, 2025

            Respectfully Submitted,

            /s/ David G. Hinojosa
            David G. Hinojosa (D.C. Bar No. 1722329)
            National Center for Youth Law
            818 Connecticut Ave NW, Suite 425
            Washington, D.C. 20006
            (202) 868-4784
            dhinojosa@youthlaw.org