# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al.<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.<br><br>　　　Defendants. | Case No. 1:25-cv-744-PLF |

**[PROPOSED] ORDER ALLOWING PSEUDONYMOUS DECLARATIONS**

After consideration of Plaintiffs' motion, and for good cause shown, it is hereby **ORDERED** this ____ day of _____, 2025, that Plaintiffs' motion seeking to allow certain current and former federal employees (the "Doe Declarants") to file pseudonymous declarations is **GRANTED**. The Court finds that the Doe Declarants suffer a significant risk of harm absent the requested relief and that absent such an order, future declarants will likely be chilled in providing important percipient accounts of federal conduct. Following the filing of the Doe Declarants' declarations, Plaintiffs are directed to file one copy of the true names of the Doe Declarants with the Court in hard copy for the Court's use only by sending such list to the Court via certified mail, within fourteen days of such filing. SO ORDERED.

_____
　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge