# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>Defendants. | Case No. 1:25-cv-744-PLF |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

After consideration of Plaintiffs' Motion for Preliminary Injunction and all responses and arguments of the parties, it is hereby **ORDERED** this ____ day of _____, 2025, that Plaintiffs' motion seeking to require Defendants to restore the investigation and enforcement capacity of the U.S. Department of Education's Office for Civil Rights that would enable OCR to process complaints promptly and equitably, as required by law, is **GRANTED**. The Court finds and concludes that Plaintiffs are likely to succeed on the merits of the Administrative Procedure Act and ultra vires claims presented in their Memorandum in Support of their Motion for Preliminary Injunction, that Plaintiffs are suffering and will continue to suffer from irreparable harm absent an injunction, that this injunction is in the public interest, and that the balance of equities tips in favor of Plaintiffs.

Within seven calendar days of this Order, Defendants shall submit to this Court and Plaintiffs a restoration plan that would enable OCR to process complaints promptly and equitably, as required by law. Defendants shall include in the restoration plan an expeditious timetable to carry out the Court's preliminary injunction and a thorough explanation for the

1

basis of the restoration plan with relevant and accurate data and supporting credible facts that provide a reasoned basis for the proposed plan. Defendants shall provide Plaintiffs a copy of all documents supporting the reasoned basis for the plan. Plaintiffs shall present to this Court and Defendants any responses and objections to the plan within seven calendar days of receiving the plan and documentation from Defendants. Once the plan is approved by the Court, Defendants are Ordered to fully implement the plan and shall not take further action to frustrate or delay the plan's implementation.

Furthermore, Defendants shall submit to this Court and Plaintiffs periodic status reports on their compliance and implementation beginning fourteen calendar days following the date of this Order and on the first Monday of each month thereafter. At least three business days prior to the submission of each status report, Defendants shall present to and confer with Plaintiffs on the status report. Plaintiffs shall have an opportunity to submit a response to the status reports within seven calendar days. It is further Ordered that Plaintiffs shall have a right to conduct discovery related to Defendants' status reports.

**SO ORDERED.**

_____
Hon. Paul L. Friedman
U.S. District Court Judge