UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>       *Defendants*. | Case No. 1:25-cv-744-PLF<br><br>**DECLARATION OF AVNEET CHHABRA** |

## DECLARATION OF AVNEET K. CHHABRA

Pursuant to 28 U.S.C. § 1746, I, Avneet K. Chhabra, hereby declare under penalty of perjury that the following is true and correct.

1. I am a paralegal at the National Center for Youth Law, counsel to Plaintiffs in the above-captioned matter. I submit this declaration in support of the Plaintiffs' Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.

2. Exhibits 1-6 listed below and attached are all true and accurate copies of original materials.

1

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Linda McMahon, Secretary of the Dep't of Education. *Secretary McMahon: Our Department's Final Mission* (Mar. 3, 2025), https://www.ed.gov/about/news/speech/secretary-mcmahon-our-departments-final-mission. |
| 2 | U.S. Dep't. of Education, Press Release, *U.S. Department of Education Initiates Reduction in Force* (Mar. 11, 2025) https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force. |
| 3 | Email from Jacqueline Clay to CHCO, with attachments (Mar. 11, 2025) |
| 4 | Collin Binkley, *Education Department Layoffs Gut Its Civil Rights Office, Leaving Discrimination Cases in Limbo*, Associated Press (Mar. 12, 2025), https://apnews.com/article/trump-education-department-layoffs-civil-rights-8cbf463cce765f497c10d688ab4d51e1 |
| 5 | Declaration of Catherine Lhamon, former Assistant Secretary for the U.S. Department of Education, Office for Civil Rights; State of New York v. McMahon, No. 1:25-cv-10601, Ex. 48 |
| 6 | OCR Alumni Report, *Safeguarding Access and Protection: A Blueprint for Restoring the Office for Civil Rights* |

3. The Declarations from Plaintiffs, current and former employees of the U.S. Department of Education's Office for Civil Rights, and Andrew Hairston, that will be filed separately with the Motion for Preliminary Injunction, are true and accurate copies.

I declare under penalty of perjury that the foregoing is true and correct. Executed May 2, 2025, at Washington, District of Columbia.

Respectfully submitted,

Avneet Chhabra
*Paralegal/DC Office Manager*
*National Center for Youth Law*