**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| NIKKI S. CARTER, et. al., | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-744-PLF |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et. al, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**DECLARATION OF K.D.[1]**

I, K.D., declare as follows:

**Background Information**

1. I am over the age of eighteen, have personal knowledge of the facts and matters below, and am competent to testify about these facts.

2. I am the parent of M.W., who is 16 years old. We live in California.

3. I and my daughter, M.W., are Plaintiffs in this case.

4. My daughter is in the 10th grade.

5. My daughter is Black.

6. I filed a complaint with the U.S. Department of Education Office for Civil Rights (OCR) on behalf of my daughter on May 15, 2023, alleging discrimination and harassment based on race.

---

[1] The motion for K.D. to proceed under pseudonym is pending. *See* ECF#s 17 & 21.

**My OCR Complaint**

7.  On April 21, 2023, my daughter was 14 years old and a student in middle school.

8.  On that day, she tried to break up a fight between a Latina friend of hers and a white student that was happening across the street from the school.

9.  The principal of the middle school accused my daughter of stomping and kicking the white student. The principal called 911 and reported this to the police, and my daughter was suspended for four days.

10. That same day, I saw a video of the fight that showed that my daughter did not hurt anyone and was only trying to stop the fight.

11. That same day, my daughter started receiving online messages saying that she would be physically hurt when she came back to school.

12. My daughter became anxious and scared about returning to school because of the threats.

13. On April 24, 2023, I met with the school principal. The principal had seen the video and agreed that my daughter did not harm the white student.

14. The principal agreed to update my daughter's suspension documentation and school records and reduce her suspension to three days from four, but would not give me the contact information for the superintendent. I wanted the superintendent's information so I could ask him to investigate this incident.

15. I felt the suspension was very unfair because the video showed that my daughter was not involved in the fight and did not harm anyone. My daughter was not deserving of any punishment at all, let alone three days of suspension.

16. I received the police Dispatch Event Summary and saw that my daughter was listed as the aggressor.

17. On April 26, 2023, I requested a two-day medical absence from school for my daughter because of her anxiety and fear.

18. Because she feared for her safety, my daughter stayed home and did an independent study from May 1 to May 22, 2023, instead of returning to school.

19. On May 9, 2023, my daughter told me that she had learned from friends that a physical education teacher made fun of the fact that my daughter was suspended from school in the locker room in front of other students.

20. Prior to my daughter returning to school, I had to ask the school for a safety plan.

21. When my daughter returned to school, the school provided her a safety plan that only allowed her to use the bathroom during break and lunch and stated that if she had any contact with certain students for the rest of the year, she would be suspended, expelled, or disciplined.

22. I renegotiated the safety plan so my daughter could use the bathroom more and to take out the no-contact provision.

23. On May 15, 2023, I filed an OCR complaint based on how my daughter was treated by school administrators and the school's failure to stop and address the threats made to her by other students at school.

24. From July 17 to November 23, 2023, my daughter attended therapy sessions because of the anxiety arising from these events. The therapy was paid for by a local county fund that helps support youth mental health since I did not have the funds. My daughter had to stop going when she reached the maximum sessions paid for by the fund, and I could not afford to pay out of pocket for her to continue therapy.

25. At the beginning of the 2023-2024 school year, my daughter started high school. She has continued to experience bullying and harassment, both in person and on social media, because of her race and because of the fight.

26. For instance, on September 14, 2023, another student used the "n-word" in my daughter's English class. On October 9, 2023, non-Black students made jokes about the Ku Klux Klan to my daughter. On April 19, 2024, non-Black students called my daughter the "n-word" in her physical education class. My daughter reported all of these incidents to teachers, and was never told whether they were addressed, if at all.

27. On April 3, 2024, an Instagram story was posted calling my daughter a "bitch" and "a black monkey" and saying "you stink" with monkey sounds in the background. When I reported it to the high school principal, the principal offered to hold a meeting between my daughter and the boys who posted the story. My daughter declined because she did not want the boys to know that she had reported the Instagram story. She was afraid that if they knew, they would harass her and physically harm her.

28. On November 14, 2024, students in my daughter's classroom played a whipping sound during a history lesson about slavery.

29. I filed my complaint under Title VI.

30. My complaint alleged that the school racially discriminated against my daughter by subjecting her to disproportionate disciplinary actions and failed to investigate or address threats from other students against my daughter after the incident.

31. In my complaint, I requested that OCR investigate my allegations and take necessary steps to remedy unlawful conduct, require the District to provide training on Title VI

compliance, require the District to provide workshops to educate students on their Title

VI rights, and monitor the District for Title VI compliance.

**OCR's Response to My Complaint**

32. My complaint was assigned to the San Francisco regional office.

33. On July 31, 2023, OCR opened an investigation into the school's disproportionate

    discipline and response to the harassment under Title VI.

34. In its opening letter, OCR notified me that they were investigating whether the school

    district "disciplined the Student more harshly than a white student who engaged in more

    serious conduct (fighting)" and whether it "subjected the Student to a hostile environment

    on the basis of race when it did not respond reasonably, timely and effectively to notice

    of harassment of the Student on the basis of race, including the use of racial epithets and

    other racially offensive harassment in her physical education class, and on social media."

35. In December 2024, OCR sent a proposed voluntary resolution agreement to the school

    district. The voluntary resolution included a proposal for my daughter to continue

    counseling and potential system changes to the district's disciplinary actions. I believe

    the proposal also included updating my daughter's disciplinary record.

36. In March 2025, I emailed OCR about the status of my case after learning about the mass

    layoffs and office closures. OCR staff called me and told me they were blocked from

    responding to emails and using office phones due to the office closure.

37. OCR staff told me that the school board had not agreed to the proposed voluntary

    resolution but had requested more information. OCR staff told me that they would be

    contacting the school district's attorney to provide additional information about the recent

    harassment my daughter experienced and to try again to get the school district to agree to

the voluntary resolution. OCR staff asked me to provide additional evidence to them of
the recent harassment, which I did.

38. OCR staff told me that my case would be transferred to the Seattle office because of the
closure of the San Francisco office. OCR staff told me it would flag my case due to its
importance and proximity to resolution, but that it could be six months to a year before I
received an update.

39. I have not received any update about my complaint from OCR since then.

**Impact on My Family**

40. The fact that my OCR complaint has not been resolved has had a big impact on my
family.

41. My daughter is currently in high school in the same district, and her high school will be
merging with the middle school she went to and where the original incident happened.
My daughter has to interact with the staff members that her OCR complaint is about,
including the middle school principal who lied to the police about her stomping and
kicking a white student.

42. Next year, as a junior, my daughter will be a teaching assistant for the physical education
program. She will have to share an office with the same physical education teachers who
were part of the basis of the OCR complaint we made.

43. Some of these staff members seem to have a chip on their shoulder about the complaint.
My daughter feels awkward and intimidated being around this staff. For instance, they
stare at her but don't speak to her.

44. When my daughter moved from middle school to high school, her safety plan wasn't
implemented. She currently has a class with one of the students who harassed her.

45. Teachers do not know how to protect my child or other children. In my OCR complaint, I asked for training so teachers would know what to do and students would know their rights and could stand up for themselves.

46. The racial harassment against my daughter has continued into high school. I am worried that at any minute another incident could occur because the problems that caused me to file the OCR complaint haven't been addressed.

47. I have to be an advocate for my child because the staff at school are not doing their jobs. I spend a lot of time in meetings with principals and teachers to try to make sure she is safe.

48. I am worried about the consequences for my daughter's future if she graduates before OCR resolves her complaint. I believe the inappropriate and discriminatory discipline that my daughter experienced is still on her school record. She is in high school and soon will be applying to colleges, and I am worried about how that disciplinary record will affect her future if it is not fixed. People seeing that record may think she has behavioral issues and it reflects badly on her, when it's really because of discrimination from the school.

49. My daughter's school performance is worse than it was before all of these incidents happened. She is just trying to fit in and not draw negative attention because she is the only Black kid in the classroom. It is hard for her to focus on school when she is just trying to stay safe.

50. My daughter has stepped out of class just to cry before when she is dealing with issues that teachers won't address, like using the n-word and making jokes about the Ku Klux Klan.

51. All of this discrimination has made my daughter not want to identify with her Blackness. She sees derogatory negative things about her race all the time at school. She never experienced this in other school districts.

52. My daughter feels hopeless and like nothing will change. She doesn't think that anyone cares about what happened to her.

53. I feel like I have to be my daughter's bodyguard. I always have to be available in case something happens, and I am anxious when I get a text message or call from my daughter during the school day.

54. As a mother, it makes me doubt myself because I am letting my daughter go into this environment where anyone can harass her and get away with it. I don't trust these adults at the school to keep my daughter safe, but I have to send my daughter to school every day.

55. My OCR complaint was almost resolved. I believe that if the OCR staff could get back in the office and back to work right now, my complaint would be resolved and done by now because it was so close.

56. I understand why my daughter feels hopeless. When I heard that the San Francisco OCR office was closed, I started to lose hope. OCR was my last hope that something would be done to help my daughter. And now we are just left in the dark and waiting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2025.

Signature:

_____

K.D.