UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF EDUCATION et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 25-0744 (PLF) |

## ORDER

In light of Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 52], it is hereby

ORDERED that the parties shall meet and confer and file a joint status report on or before May 6, 2025; it is

FURTHER ORDERED that the joint status report shall include proposed deadlines for defendants' response to plaintiffs' motion for a preliminary injunction and plaintiffs' reply; and it is

FURTHER ORDERED that the joint status report shall also include several alternative dates to hold oral argument on the motion and indicate the parties' availability on those dates.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/5/25