### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIKKI S. CARTER, et. al., | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:25-cv-744-PLF |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et. al, | ) ) ) | |
| *Defendants*. | ) ) | |

### JOINT STATUS REPORT

Plaintiffs Nikki S. Carter; A.W.; K.D., on behalf of herself and her minor child, M.W.; Elizabeth Stewart-Williams; A.S.; Melissa Combs, on behalf of herself and her minor child, D.P.; Amy Cupp, on behalf of herself and her minor child, G.C.; and the Council of Parent Attorneys and Advocates, Inc., (collectively, "Plaintiffs") and Defendants the United States Department of Education; Linda McMahon, Secretary of Education; and Craig Trainor, Acting Assistant Secretary for Civil Rights, (collectively, "Defendants"), by and through their respective undersigned counsel, respectfully submit the following Joint Status Report in response to the Court's May 5, 2025 Order (the "Order") directing the Parties to submit a joint status report. (See ECF No. 53). Counsel for the Parties conferred regarding these topics on May 6, 2025.

1.  **Procedural History.** Plaintiffs filed their Complaint on March 14, 2025 (ECF No. 1) and First Amended Complaint on April 10, 2025 (ECF No. 15) challenging Defendants' actions that Plaintiffs allege inhibit the Department of Education's Office for Civil Rights' ("OCR") legal responsibilities to review, investigate, and resolve civil rights complaints of discrimination

1

submitted by members of the public, including Plaintiffs. Plaintiffs allege Defendants' termination of nearly one-half of OCR's staff (effective June 9, 2025) and closure of seven of twelve regional offices, among other challenged acts, violate the Administrative Procedure Act ("APA"), the Equal Protection Guarantee of the Fifth Amendment, and constitute ultra vires acts. In connection with the Complaint and First Amended Complaint, Plaintiffs filed motions for leave to proceed under pseudonym for some Plaintiffs and to file declarations in support of those motions under seal (ECF Nos. 2–3, 5, 12, 17–24, 29–32). On May 2, 2025, Plaintiffs filed their Motion for Preliminary Injunction and Memorandum in Support (ECF No. 74) (the "Motion"). In support of their filings in connection with the Motion, Plaintiffs filed sixteen supporting declarations—including eight declarations that Plaintiffs have sought leave to file under pseudonym (ECF No. 44).[1]

2.      **Motion for Preliminary Injunction.**  In their Motion, Plaintiffs seek preliminary injunction relief on their APA and ultra vires claims. Plaintiffs ask the Court to require Defendants to restore the investigation and enforcement capacity of the U.S. Department of Education's Office for Civil Rights that would enable OCR to process complaints promptly and equitably, as required by law.

3.      **Proposal for Further Proceedings.**  As the Court requested, the Parties propose the dates below for Defendants' response to Plaintiffs' Motion, Plaintiffs' reply, and oral argument:

---

[1] At this time, Defendants do not oppose Plaintiffs' motions to proceed under pseudonyms, provided that Plaintiffs provide the identity of those individuals on request if necessary to permit Defendants to fully defend this case.  Defendants also reserve the right to request at a future date the Court enter a protective order, or move to unseal portions of sealed filings should the need arise.

**Proposed Schedule**

| Action | Date |
|---|---|
| Defendants to file Opposition to Motion. | May 14, 2025 |
| Plaintiffs to file Reply to Defendants' Opposition. | May 20, 2025 |
| Argument concerning the Motion | May 23, 2025, May 28–30, 2025, or as soon thereafter as the Court is available |

Dated:  May 6, 2025

Respectfully Submitted,

|  |  |
|---|---|
|  | /s/ David G. Hinojosa |
| Freya Pitts (admitted *pro hac vice*) | Johnathan Smith (D.C. Bar No. 1029373) |
| Hong Le (admitted *pro hac vice*) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Pallavi Bugga (admitted *pro hac vice*) | Nina Monfredo** |
| National Center for Youth Law | National Center for Youth Law |
| 1212 Broadway, Suite 600 | 818 Connecticut Ave NW, Suite 425 |
| Oakland, CA 94610 | Washington, D.C. 20006 |
| (510) 835-8098 | (202) 868-4782 |
|  | jsmith@youthlaw.org |
|  | dhinojosa@youthlaw.org |
| Selene Almazan-Altobelli (admitted *pro hac vice*) | Michael Tafelski* |
| Council of Parent Attorneys and Advocates, Inc. | Claire Sherburne* |
| PO Box 6767 | Southern Poverty Law Center |
| Towson, MD 21285 | 150 E. Ponce de Leon Ave., Ste. 340 |
| (844) 426-7224, ext. 702 | Decatur, GA 30030 |
| Selene@copaa.org | (334) 430-9104 |
|  | michael.tafelski@splcenter.org |
|  | claire.sherburne@splcenter.org |
|  | Sam Boyd* |
|  | Southern Poverty Law Center |
|  | 2 Biscayne Blvd., Ste. 3750 Miami, FL 33131 |
|  | (786) 560-0737 |
|  | sam.boyd@splcenter.org |

*Application for* pro hac vice *admission pending*
**Application for* pro hac vice *admission forthcoming*

Counsel for Plaintiffs

3

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*