UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIKKI S. CARTER et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-0744 (PLF) |
| UNITED STATES DEPARTMENT OF EDUCATION et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

In light of the parties' Joint Status Report [Dkt. No. 54], it is hereby

ORDERED that defendants shall file their opposition to plaintiff's Motion for a Preliminary Injunction [Dkt. No. 52] on or before May 12, 2025; it is

FURTHER ORDERED that plaintiffs shall file their reply on or before May 16, 2025; it is

FURTHER ORDERED that the Court will hold oral argument on the motion for a preliminary injunction on May 20, 2025 at 3:00 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; and it is

FURTHER ORDERED that in anticipation of the hearing, the parties shall meet and confer regarding the order of argument and time limits for opening argument and rebuttal. The parties shall file a joint report advising the Court of their proposed hearing schedule on or before May 19, 2025.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/7/25