UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 1:25-cv-744-PLF |

**JOINT REPORT ON ORAL ARGUMENT**

Pursuant to the Court's order of May 7, 2025 (Dkt. 55), counsel for the parties have conferred on the order of argument and rebuttal related to Plaintiffs' Motion for Preliminary Injunction (Dkt. 52). The parties jointly propose the following order for argument scheduled for May 20th, 2025:

1. Plaintiffs' Counsel's Argument - 20 mins
2. Defendants' Counsel's Responsive Argument - 20 mins
3. Plaintiffs' Counsel's Rebuttal - 10 mins
4. Defendants' Counsel's Rebuttal - 10 mins

Submitted this 19th day of May 2025.

Respectfully submitted,

/s/ David G. Hinojosa

| | |
|---|---|
| Freya Pitts (admitted *pro hac vice*)<br>Hong Le (admitted *pro hac vice*)<br>Pallavi Bugga (admitted *pro hac vice*)<br>National Center for Youth Law<br>1212 Broadway, Suite 600<br>Oakland, CA 94610<br>(510) 835-8098<br>fpitts@youthlaw.org<br>hle@youthlaw.org<br>pbugga@youthlaw.org | David G. Hinojosa (D.C. Bar No. 1722329)<br>Johnathan Smith (D.C. Bar No. 1029373)<br>Nina Monfredo (admitted *pro hac vice*)<br>National Center for Youth Law<br>818 Connecticut Ave NW, Suite 425<br>Washington, D.C. 20006<br>(202) 868-4782<br>dhinojosa@youthlaw.org<br>jsmith@youthlaw.org<br>nmonfredo@youthlaw.org |

| | |
|---|---|
| Selene Almazan-Altobelli<br>(admitted *pro hac vice*)<br>Council of Parent Attorneys and<br>Advocates, Inc.<br>PO Box 6767<br>Towson, MD 21285<br>(844) 426-7224, ext. 702<br>Selene@copaa.org | Michael Tafelski (admitted *pro hac vice*)<br>Claire Sherburne (admitted *pro hac vice*)<br>Southern Poverty Law Center<br>150 E. Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(334) 430-9104<br>michael.tafelski@splcenter.org<br>claire.sherburne@splcenter.org<br><br>Sam Boyd (admitted *pro hac vice*)<br>Southern Poverty Law Center<br>2 Biscayne Blvd., Ste. 3750<br>Miami, FL 33131<br>(786) 560-0737<br>sam.boyd@splcenter.org<br><br>*Counsel for Plaintiffs* |

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*