UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NIKKI S. CARTER et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF EDUCATION et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 25-0744 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 52] is DENIED; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report on or before May 30, 2025, proposing a schedule for how this case should proceed.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/21/25