UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIKKI S. CARTER, et al.,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF EDUCATION, et al.,

    Defendants.

Case No. 1:25-cv-744-PLF

**JOINT STATUS REPORT**

Pursuant to the Court's order on May 21, 2025 (Dkt. No. 67), the parties have conferred regarding a proposed schedule for next steps in this case. In light of a preliminary injunction issued in separate actions that, in part, enjoins the U.S. Department of Education from implementing, giving effect, and reinstating the reduction-in-force announced on March 11, 2025, and orders the Department to reinstate federal employees whose employment was terminated on or after January 20, 2025, as part of the March 11, 2025 reduction-in-force, the parties request that the Court temporarily stay further proceedings in this case. *See State of New York v. McMahon*, No. 25-10601-MJJ (D. Mass.) (Dkt. No. 128) and *Somerville Public Schools v. Trump*, No. 25-10677-MJJ (D. Mass) (Dkt. No. 45). The defendants in those cases are appealing the issuance of the preliminary injunction.

The parties agree that should the preliminary injunction be vacated or otherwise modified in the *State of New York* and *Somerville* cases, or once the appeals of the preliminary injunction are exhausted, the parties will confer on next steps in the present case and notify this Court of their respective positions.

| | |
|---|---|
| Submitted this 30th day of May. | Respectfully submitted, |
| | /s/ David G. Hinojosa |
| Freya Pitts (admitted *pro hac vice*) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted *pro hac vice*) | Johnathan Smith (D.C. Bar No. 1029373) |
| Pallavi Bugga (admitted *pro hac vice*) | Nina Monfredo (admitted *pro hac vice*) |
| National Center for Youth Law | National Center for Youth Law |
| 1212 Broadway, Suite 600 | 818 Connecticut Ave NW, Suite 425 |
| Oakland, CA 94610 | Washington, D.C. 20006 |
| (510) 835-8098 | (202) 868-4782 |
| fpitts@youthlaw.org | dhinojosa@youthlaw.org |
| hle@youthlaw.org | jsmith@youthlaw.org |
| pbugga@youthlaw.org | nmonfredo@youthlaw.org |
| | |
| Selene Almazan-Altobelli | Michael Tafelski (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Claire Sherburne (admitted *pro hac vice*) |
| Council of Parent Attorneys and Advocates, Inc. | Southern Poverty Law Center |
| | 150 E. Ponce de Leon Ave., Ste. 340 |
| PO Box 6767 | Decatur, GA 30030 |
| Towson, MD 21285 | (334) 430-9104 |
| (844) 426-7224, ext. 702 | michael.tafelski@splcenter.org |
| Selene@copaa.org | claire.sherburne@splcenter.org |
| | |
| | Sam Boyd (admitted *pro hac vice*) |
| | Southern Poverty Law Center |
| | 2 Biscayne Blvd., Ste. 3750 |
| | Miami, FL 33131 |
| | (786) 560-0737 |
| | sam.boyd@splcenter.org |
| | |
| | *Counsel for Plaintiffs* |

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division


 /s/ Brad P. Rosenberg
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

2

Washington, DC 20005
Phone:  202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*