## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NIKKI S. CARTER, et al.,

      Plaintiffs,

         v.

U.S. DEPARTMENT OF EDUCATION, et al.,

      Defendants.

Case No. 1:25-cv-744-PLF

## JOINT STATUS REPORT

Pursuant to the Court's order on June 16, 2025, the parties provide this joint report regarding the status of the appeals in *State of New York v. McMahon*, No. 1:25-cv-10601-MJJ (D. Mass.) and *Somerville Public Schools v. Trump*, No. 1:25-cv-10677-MJJ (D. Mass.).  In these consolidated cases before Judge Joun, Defendants filed Notices of Appeal on May 22, 2025, and a motion to stay pending appeal was filed in district court that same day; the district court denied the motion the next day.  *See State of New York*, ECF No. 136.  An emergency motion for stay pending appeal was filed in the First Circuit on May 23, 2025, which the First Circuit denied on June 4, 2025.  *See State of New York v. McMahon*, No. 25-1495 (1st Cir.).  An Application for a Stay was filed in the Supreme Court on June 6; the *New York* and *Somerville* plaintiffs responded on June 13.  *See McMahon v. New York*, No. 24A1203 (U.S.).  That Application remains pending and, as a result, the preliminary injunctions issued by the district court in *State of New York* and *Somerville Public Schools* remain in effect.  Appellants' substantive opening brief in the First Circuit is due on August 4, 2025.

The parties also note that, on June 18, 2025, Judge Joun granted a preliminary injunction in *Victim Rights Law Center v. Department of Education*, No. 1:25-cv-11042-MJJ (D. Mass.), ECF No. 40.  That case, which was identified as related to *State of New York* and *Somerville Public Schools*, is similar to this case in its focus on the Department of Education's Office for Civil Rights ("OCR").  That preliminary injunction, among other things, enjoins the Department of Education from carrying out its proposed reduction-in-force at OCR, requires the Department to return OCR employees to duty, and requires OCR to continue to investigate civil rights complaints.  *See id.* at 42-43.

In light of the ongoing application of the preliminary injunctions in *State of New York* and *Victim Rights Law Center*, the parties propose that this case remain stayed pending the vacatur or modification of the preliminary injunction in *State of New York* or, if an appeal is filed in *Victim Rights Law Center*, pending any vacatur or modification of that preliminary injunction. If those injunctions are not stayed or modified, the parties propose that this case remain stayed pending the exhaustion of the appeal in *State of New York* and any appeal of the preliminary injunction issued in *Victim Rights Law Center*.

Submitted this 7th day of July, 2025.          Respectfully submitted,

/s/ David G. Hinojosa

Freya Pitts (admitted *pro hac vice*)          David G. Hinojosa (D.C. Bar No. 1722329)
Hong Le (admitted *pro hac vice*)             Johnathan Smith (D.C. Bar No. 1029373)
Pallavi Bugga (admitted *pro hac vice*)       Nina Monfredo (admitted *pro hac vice*)
National Center for Youth Law               National Center for Youth Law
1212 Broadway, Suite 600                    818 Connecticut Ave NW, Suite 425
Oakland, CA 94610                           Washington, D.C. 20006
(510) 835-8098                              (202) 868-4782
fpitts@youthlaw.org                         dhinojosa@youthlaw.org
hle@youthlaw.org                            jsmith@youthlaw.org
pbugga@youthlaw.org                         nmonfredo@youthlaw.org


Selene Almazan-Altobelli                    Michael Tafelski (admitted *pro hac vice*)
(admitted *pro hac vice*)                   Claire Sherburne (admitted *pro hac vice*)

Council of Parent Attorneys and
Advocates, Inc.
PO Box 6767
Towson, MD 21285
(844) 426-7224, ext. 702
Selene@copaa.org

Southern Poverty Law Center
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(334) 430-9104
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org

Sam Boyd (admitted *pro hac vice*)
Southern Poverty Law Center
2 Biscayne Blvd., Ste. 3750
Miami, FL 33131
(786) 560-0737
sam.boyd@splcenter.org

Counsel for Plaintiffs


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*