UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 1:25-cv-744-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's order of July 8, 2025, the parties provide this joint report regarding the status of the litigation in *State of New York v. McMahon*, No. 1:25-cv-10601-MJJ (D. Mass.)[1] and *Victim Rights Law Center v. Department of Education*, No. 25-11042-MJJ (D. Mass.). On July 14, 2025, in *State of New York v. McMahon*, the Supreme Court granted Defendants' Application for a Stay of the preliminary injunction "pending the disposition of the appeal in the United States Court of Appeals for the First Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought." *McMahon v. New York*, No. 24A1203, 2025 WL 1922626, at *1 (U.S. July 14, 2025). That stay will terminate automatically if certiorari is sought and then denied. *Id.* The appeal in the First Circuit is currently pending.

The June 18, 2025 preliminary injunction in *Victim Rights Law Center v. Department of Education* remains in place. *Victim Rights Law* Center, No. 1:25-cv-11042, Dkt No. 40. That preliminary injunction, among other things, enjoins the Department of Education from carrying

---

[1] This appeal is consolidated with the appeal of *Somerville Public Schools v. Trump*, No. 1:25-cv-10677-MJJ (D. Mass.).

1

out its reduction-in-force at the Department's Office for Civil Rights ("OCR"), requires the Department to return OCR employees to duty, and requires OCR to continue to investigate civil rights complaints. *See id.* at 42-43. On July 21, 2025, Defendants moved to vacate or stay the June 18, 2025 preliminary injunction. *Victim Rights Law* Center, No. 1:25-cv-11042, Dkt No. 48. On July 22, 2025 the parties filed a joint status report indicating that Plaintiffs would oppose Defendants' motion and they would file their opposition no later than August 4, 2025. *Victim Rights Law Center*, No. 1:25-cv-11042, Dkt No. 49. Defendants may file a reply brief no later than August 11, 2025. Defendants noted that, should the injunction not be vacated, they intended to file an appeal by August 15, 2025. *Id.*

In light of the ongoing application of the preliminary injunction in *Victim Rights Law Center*, the parties propose that this case remain stayed pending the stay, vacatur, or modification of the preliminary injunction in *Victim Rights Law Center*. If that injunction is not stayed, vacated, or modified, the parties propose that this case remain stayed pending the exhaustion of the appeal in *State of New York* and any appeal of the preliminary injunction issued in *Victim Rights Law Center*.

| | |
|---|---|
| Submitted this 4th day of August, 2025. | Respectfully submitted, |
| | */s/David G. Hinojosa* |
| Freya Pitts (admitted *pro hac vice*) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted *pro hac vice*) | Johnathan Smith (D.C. Bar No. 1029373) |
| Pallavi Bugga (admitted *pro hac vice*) | Nina Monfredo (admitted *pro hac vice*) |
| National Center for Youth Law | National Center for Youth Law |
| 1212 Broadway, Suite 600 | 818 Connecticut Ave NW, Suite 425 |
| Oakland, CA 94610 | Washington, D.C. 20006 |
| (510) 835-8098 | (202) 868-4782 |
| fpitts@youthlaw.org | dhinojosa@youthlaw.org |
| hle@youthlaw.org | jsmith@youthlaw.org |
| pbugga@youthlaw.org | nmonfredo@youthlaw.org |
| | |
| Selene Almazan-Altobelli | Michael Tafelski (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Claire Sherburne (admitted *pro hac vice*) |

| | |
|---|---|
| Council of Parent Attorneys and Advocates, Inc.<br>PO Box 6767<br>Towson, MD 21285<br>(844) 426-7224, ext. 702<br>Selene@copaa.org | Southern Poverty Law Center<br>150 E. Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(334) 430-9104<br>michael.tafelski@splcenter.org<br>claire.sherburne@splcenter.org<br><br>Sam Boyd (admitted *pro hac vice*)<br>Southern Poverty Law Center<br>2 Biscayne Blvd., Ste. 3750<br>Miami, FL 33131<br>(786) 560-0737<br>sam.boyd@splcenter.org<br><br>*Counsel for Plaintiffs* |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*