UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKKI S. CARTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Case No. 1:25-cv-744-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's order of August 5, 2025, the parties provide this joint report regarding the status of the litigation in *Victim Rights Law Center v. Department of Education*, No. 25-11042-MJJ (D. Mass.).

The June 18, 2025 preliminary injunction in *Victim Rights Law Center v. Department of Education* remains in place. *Victim Rights Law Center*, No. 1:25-cv-11042, Dkt No. 40. That preliminary injunction, among other things, enjoins the Department of Education from carrying out its reduction-in-force at the Department's Office for Civil Rights ("OCR"), requires the Department to return OCR employees to duty, and requires OCR to continue to investigate civil rights complaints. *See id.* at 42-43. On August 13, 2025, the district court denied Defendants' Motion to Vacate the June 18, 2025 preliminary injunction and declined to stay the order pending appeal. *Victim Rights Law Center*, No. 1:25-cv-11042, Dkt No. 60. On August 14, 2025, Defendants filed their Notice of Appeal to the First Circuit. *Victim Rights Law Center*, No. 1:25-cv-11042, Dkt No. 61. That same day, Defendants filed their Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay in the First Circuit. *Victim Rights Law*

*Center*, Case No. 25-1787, Doc. No. 00118327264. On August 25, 2025, Plaintiffs in that case responded to and opposed the motion to stay in the First Circuit. *Victim Rights Law Center*, Case No. 25-1787, Doc. No. 00118331662.

In light of the ongoing application of the preliminary injunction in *Victim Rights Law Center*, the parties propose that this case remain stayed pending the stay, vacatur, or modification of the preliminary injunction issued in *Victim Rights Law Center*.

Submitted this 26th day of August, 2025.

Respectfully submitted,

*/s/David G. Hinojosa*

| | |
|---|---|
| Freya Pitts (admitted *pro hac vice*) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted *pro hac vice*) | Johnathan Smith (D.C. Bar No. 1029373) |
| Pallavi Bugga (admitted *pro hac vice*) | Nina Monfredo (admitted *pro hac vice*) |
| National Center for Youth Law | National Center for Youth Law |
| 1212 Broadway, Suite 600 | 818 Connecticut Ave NW, Suite 425 |
| Oakland, CA 94610 | Washington, D.C. 20006 |
| (510) 835-8098 | (202) 868-4782 |
| fpitts@youthlaw.org | dhinojosa@youthlaw.org |
| hle@youthlaw.org | jsmith@youthlaw.org |
| pbugga@youthlaw.org | nmonfredo@youthlaw.org |

Selene Almazan-Altobelli
(admitted *pro hac vice*)
Council of Parent Attorneys and
Advocates, Inc.
PO Box 6767
Towson, MD 21285
(844) 426-7224, ext. 702
Selene@copaa.org

Michael Tafelski (admitted *pro hac vice*)
Claire Sherburne (admitted *pro hac vice*)
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(334) 430-9104
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org

Sam Boyd (admitted *pro hac vice*)
Southern Poverty Law Center
2 Biscayne Blvd., Ste. 3750
Miami, FL 33131
(786) 560-0737
sam.boyd@splcenter.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*