## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| A.W., *et. al.,* | ) |
|        *Plaintiffs*, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF EDUCATION, *et. al.,* | ) Case No. 1:25-cv-0744-PLF |
|        *Defendants*. | ) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint dated _____, 2026, it is ORDERED that the motion is GRANTED and Plaintiffs' Second Amended Complaint shall be filed.

SO ORDERED.

It is SO ORDERED this _____ day of _____, 2026.

_____
United States District Judge