UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| A.W., et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et. al, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:25-cv-744-PLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 20, 2026 Order, the parties provide this joint report regarding the status of this litigation.

On January 9, 2026, Plaintiffs filed their Motion for Leave to File Second Amended Complaint (Dkt. No. 73), which removed one plaintiff and added four new plaintiffs, as well as new information on the on-going actions of the Department of Education and how the Reductions in Force (RIFs) have changed due to the Continuing Appropriations Act. On January 14, 2026, this Court granted the motion.

On January 13, 2026, Defendants notified Plaintiffs that the April RIF[1] had been rescinded as to OCR employees. That same day, the parties conferred regarding next steps. The parties then

---

[1] The Department refers to the reduction-in-force as the "April RIF". That RIF is the same RIF that Plaintiffs challenge here and is referenced by the Department in this press release: U.S. Dep't of Educ., *U.S. Department of Education Initiates Reduction in Force* (Mar. 11, 2025),

submitted a joint status report on January 15, 2026, requesting additional time to confer. Since that filing, the parties have continued to confer, including coordinating with plaintiffs in a related case, *Victim Rights Law Center v. U.S. Dep't of Education*, No. 1:25-cv-11042-MJJ (D. Mass). The parties respectfully request additional time to confer. The parties propose submitting a joint status report regarding next steps on March 11, 2026, with all pending deadlines in this lawsuit remaining stayed.

Dated:  February 9, 2026                    Respectfully Submitted,

/s/ David G. Hinojosa

| | |
|---|---|
| Freya Pitts (admitted pro hac vice) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted pro hac vice) | Johnathan Smith (D.C. Bar No. 1029373) |
| National Center for Youth Law | Nina Monfredo (admitted pro hac vice) |
| 1212 Broadway, Suite 600 | National Center for Youth Law |
| Oakland, CA 94610 | 818 Connecticut Ave NW, Suite 425 |
| (510) 835-8098 | Washington, D.C. 20006 |
| fpitts@youthlaw.org | (202) 868-4782 |
| hle@youthlaw.org | jsmith@youthlaw.org |
| | dhinojosa@youthlaw.org |
| Selene Almazan-Altobelli | |
| (admitted pro hac vice) | Michael Tafelski (admitted pro hac vice) |
| Council of Parent Attorneys and | Claire Sherburne (admitted pro hac vice) |
| Advocates, Inc. | Southern Poverty Law Center |
| PO Box 6767 | 150 E. Ponce de Leon Ave., Ste. 340 |
| Towson, MD 21285 | Decatur, GA 30030 |
| (844) 426-7224, ext. 702 | (334) 430-9104 |
| Selene@copaa.org | michael.tafelski@splcenter.org |
| | claire.sherburne@splcenter.org |

---

https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-inforce.

        Sam Boyd (admitted pro hac vice)
        Southern Poverty Law Center
        2 Biscayne Blvd., Ste. 3750
        Miami, FL 33131
        (786) 560-0737
        sam.boyd@splcenter.org

*Counsel for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

3