UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| A.W., et al., | ) |
|     *Plaintiffs*, | ) |
| v. | ) Case No. 1:25-cv-744-PLF |
| UNITED STATES DEPARTMENT OF EDUCATION, et al, | ) |
|     *Defendants*. | ) |

### JOINT STATUS REPORT

Pursuant to the Court's February 11, 2026 Order, the parties provide this joint report regarding the status of this litigation.

Since the parties' most recent joint status report filed on February 9, 2026 (Dkt. No. 78), the parties have conferred regarding potential resolution of this matter, including by exchanging proposals, and have continued to coordinate with plaintiffs in a related case, *Victim Rights Law Center v. U.S. Dep't of Education*, No. 1:25-cv-11042-MJJ (D. Mass). The parties respectfully request additional time to confer. The parties propose submitting a joint status report regarding next steps on April 10, 2026, with all pending deadlines in this lawsuit remaining stayed.

Dated: March 11, 2026

Respectfully submitted,

| | |
|---|---|
| | *s/ David G. Hinojosa* |
| Freya Pitts (admitted pro hac vice) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted pro hac vice) | Johnathan Smith (D.C. Bar No. 1029373) |
| National Center for Youth Law | Nina Monfredo (admitted pro hac vice) |
| 1212 Broadway, Suite 600 | National Center for Youth Law |
| Oakland, CA 94610 | 818 Connecticut Ave NW, Suite 425 |
| (510) 835-8098 | Washington, D.C. 20006 |
| fpitts@youthlaw.org | (202) 868-4782 |
| hle@youthlaw.org | jsmith@youthlaw.org |
| | dhinojosa@youthlaw.org |
| Selene Almazan-Altobelli (admitted pro hac vice) | Michael Tafelski (admitted pro hac vice) |
| Council of Parent Attorneys and Advocates, Inc. | Claire Sherburne (admitted pro hac vice) |
| PO Box 6767 | Southern Poverty Law Center |
| Towson, MD 21285 | 150 E. Ponce de Leon Ave., Ste. 340 |
| (844) 426-7224, ext. 702 | Decatur, GA 30030 |
| Selene@copaa.org | (334) 430-9104 |
| | michael.tafelski@splcenter.org |
| | claire.sherburne@splcenter.org |

Sam Boyd (admitted pro hac vice)
Southern Poverty Law Center
2 Biscayne Blvd., Ste. 3750
Miami, FL 33131
(786) 560-0737
sam.boyd@splcenter.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20005
                Phone:  202-514-3374
                Fax: 202-616-8460
                Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*