**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| A.W., et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case No. 1:25-cv-744-PLF |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 17, 2026 Order, the parties provide this joint report regarding the status of this litigation.

Since the parties' most recent joint status report filed on March 11, 2026 (Dkt. No. 79), the parties have conferred regarding potential resolution of this matter, including by exchanging proposals, and have continued to coordinate with plaintiffs in a related case, *Victim Rights Law Center v. U.S. Dep't of Education*, No. 1:25-cv-11042-MJJ (D. Mass). The parties respectfully request additional time to confer. The parties propose submitting a joint status report regarding next steps on May 8, 2026, with all pending deadlines in this lawsuit remaining stayed.

Dated:  April 10, 2026

1

Respectfully submitted,

*s/ David G. Hinojosa*

| | |
|---|---|
| Freya Pitts (admitted pro hac vice) | David G. Hinojosa (D.C. Bar No. 1722329) |
| Hong Le (admitted pro hac vice) | Johnathan Smith (D.C. Bar No. 1029373) |
| National Center for Youth Law | Nina Monfredo (admitted pro hac vice) |
| 428 13th Street, Fl. 5 | National Center for Youth Law |
| Oakland, CA 94612 | 818 Connecticut Ave NW, Suite 425 |
| (510) 920-3542 | Washington, D.C. 20006 |
| fpitts@youthlaw.org | (202) 868-4782 |
| hle@youthlaw.org | jsmith@youthlaw.org |
| | dhinojosa@youthlaw.org |
| | nmonfredo@youthlaw.org |

Selene Almazan-Altobelli
(admitted pro hac vice)
Council of Parent Attorneys and
Advocates, Inc.
PO Box 6767
Towson, MD 21285
(844) 426-7224, ext. 702
Selene@copaa.org

Michael Tafelski (admitted pro hac vice)
Claire Sherburne (admitted pro hac vice)
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(334) 430-9104
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org

Sam Boyd (admitted pro hac vice)
Southern Poverty Law Center
2 Biscayne Blvd., Ste. 3750
Miami, FL 33131
(786) 560-0737
sam.boyd@splcenter.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

2

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

3