**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| A.W., et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case No. 1:25-cv-744-PLF |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's April 13, 2026 Order, the parties provide this joint report regarding the status of this litigation.

Since the parties' most recent joint status report filed on April 10, 2026 (Dkt. No. 82), the parties have continued to confer regarding potential resolution of this matter and to coordinate with plaintiffs in a related case, *Victim Rights Law Center v. U.S. Dep't of Education*, No. 1:25-cv-11042-MJJ (D. Mass). The parties respectfully request additional time to confer. The parties propose submitting a joint status report regarding next steps on June 8, 2026, with all pending deadlines in this lawsuit remaining stayed.

Dated:  May 8, 2026

1

Respectfully submitted,

Freya Pitts (admitted pro hac vice)

Hong Le (admitted pro hac vice)

National Center for Youth Law

428 13th Street, Fl. 5

Oakland, CA 94612

(510) 920-3542

fpitts@youthlaw.org

hle@youthlaw.org

*/s/ David G. Hinojosa*

David G. Hinojosa (D.C. Bar No. 1722329)

Johnathan Smith (D.C. Bar No. 1029373)

Nina Monfredo (admitted pro hac vice)

National Center for Youth Law

818 Connecticut Ave NW, Suite 425

Washington, D.C. 20006

(202) 868-4782

jsmith@youthlaw.org

dhinojosa@youthlaw.org

nmonfredo@youthlaw.org

Selene Almazan-Altobelli

(admitted pro hac vice)

Council of Parent Attorneys and

Advocates, Inc.

PO Box 6767

Towson, MD 21285

(844) 426-7224, ext. 702

Selene@copaa.org

Michael Tafelski (admitted pro hac vice)

Claire Sherburne (admitted pro hac vice)

Southern Poverty Law Center

150 E. Ponce de Leon Ave., Ste. 340

Decatur, GA 30030

(334) 430-9104

michael.tafelski@splcenter.org

claire.sherburne@splcenter.org

Sam Boyd (admitted pro hac vice)

Southern Poverty Law Center

2 Biscayne Blvd., Ste. 3750

Miami, FL 33131

(786) 560-0737

sam.boyd@splcenter.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE

Assistant Attorney General

Civil Division

*/s/ Brad P. Rosenberg*

BRAD P. ROSENBERG

(D.C. Bar No. 467513)

Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

3