**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| A.W., *et. al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, *et. al.*, | ) | Case No. 25-cv-0744 (PLF) |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**ORDER GRANTING JOINT MOTION TO TRANSFER**

The Court, having considered the Parties' Joint Motion to Transfer, hereby rules and

orders as follows:

The Court FINDS that the transfer of this case would serve the interests of justice,

judicial efficiency, and convenience to the parties. IT IS HEREBY ORDERED that the Motion is

GRANTED and that this case shall be TRANSFERRED from the United States District Court

for the District of Columbia to the United States District Court for the District of Massachusetts,

Eastern Division.

It is SO ORDERED this _____8ᵗʰ_____ day of ____June____, 2026.

Hon. Paul L. Friedman
United States District Court Judge